# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFELIA BERTHA HAYES | Case No.: 2:24-cv-01114-AC |
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| MARTIN O'MALLEY, Commissioner of Social Security | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that the briefing schedule is amended:

Plaintiff's motion for summary judgment due: August 14, 2024;

Defendant cross-motion for summary judgment due: September 13, 2024;

Plaintiff's optional reply due: September 27, 2024.

IT IS SO ORDERED.

DATE: July 22, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-