PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (206) 615-2733
      E-Mail: lillian.j.lee@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFELIA BERTHA HAYES,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:24-CV-01114-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from September 13, 2024, up to and including October 14, 2024. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

This is the Defendant's first request for an extension. Defendant respectfully requests this extension to allow sufficient time to prepare the Commissioner's brief in light of this case's recent reassignment to Defendant's undersigned counsel due to office need. Defendant's counsel has been diligent in her work, and in the last four weeks, has completed four responsive briefs and two

settlement memoranda. In addition to this case, counsel has five upcoming responsive briefs in the next four weeks.

                          Respectfully submitted,

Dated: September 11, 2024         By: /s/ *Matthew Holmberg**
                                         (*as authorized via e-mail on September 11, 2024)
                                         MATTHEW HOLMBERG
                                         Attorney for Plaintiff

Dated: September 11, 2024         PHILLIP A. TALBERT
                                         United States Attorney
                                         MATHEW W. PILE
                                         Associate General Counsel
                                         Social Security Administration

                           By:    /s/ *Lillian J. Lee*
                                         LILLIAN J. LEE
                                         Special Assistant U.S. Attorney
                                         Attorneys for Defendant

## **ORDER**

      Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including October 14, 2024, to respond to Plaintiff's Motion for Summary Judgment.

DATED: September 16, 2024

                                         /s/ Allison Claire
                                         ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE